UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Beth Thorson, individually (and on behalf of all others similarly situated), | ) ) ) | Case No: 1:23-cv-15866 |
| Plaintiff, | ) ) | Judge: The Honorable Sara L. Ellis |
| v. | ) ) | |
| Flexport, Inc., | ) ) | |
| Defendant. | ) ) | |

## PLAINTIFF'S MOTION TO WITHDRAW HR LAW COUNSEL AS COUNSEL AND SUBSTITUTE THE MILLER LAW FIRM

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff Beth Thorson moves the Court for leave to withdraw the appearances of Ethan Zelizer of HR LAW COUNSEL, LLC as attorney for Plaintiff and permit Richard Miller of the Miller Law Firm to substitute in as primary counsel of record in the above-captioned matter.

In support of this motion, Plaintiff states as follows:

1. On November 10, 2023, Ethan Zelizer of HR LAW COUNSEL, LLC filed a Notice of Appearance to represent Plaintiff in the above-captioned matter. (Dkt. 3.)

2. It is Plaintiff's desire that Richard Miller of the Miller Law Firm, in good standing and properly admitted to this Court, take over responsibility and representation with respect to the Plaintiff's case. Defendant has engaged Jones Day to represent it in settlement negotiations with the plaintiff and, if necessary, a re-trial on damages.

3. Subject to being granted leave from this Court, the above-named HR LAW COUNSEL attorney wishes to withdraw from representing the Plaintiff. Further, upon leave of Court, Richard Miller of the Miller Law Firm shall file his appearance.

4. The requested substitution of counsel will not prejudice the Plaintiff. Upon approval of

this Court, Plaintiff will continue to be represented by the Miller Law Firm.

     5. Copies of this motion have been served upon Defendant as reflected in the attached.

     WHEREFORE, Plaintiff respectfully requests that this Court grant the foregoing motion for (a) withdrawal and substitution of counsel, and (b) leave to file an appearance of the Miller Law Firm attorney.

Dated: July 19, 2024                                Respectfully submitted,

                                                             By: */s/ Ethan G. Zelizer*
                                                             HR LAW COUNSEL
                                                             Ethan G. Zelizer
                                                             HR Law Counsel
                                                             29 South Webster Street, Suite 350C
                                                             Naperville, Illinois 60540

                                                            *Former Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 19, 2024, he served the foregoing upon the following via electronic mail:

Benjamin J. Naylor (bnaylor@swlaw.com)
Caitlin E. White (cewhite@swlaw.com)
Richard Miller (richard.miller@millerlawfirm.org)

On this same day, this Certificate of Service was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participant(s).

Respectfully submitted,

/s/ Ethan G. Zelizer
Former Attorney for the Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Beth Thorson, individually (and on behalf of all others similarly situated), | ) ) ) ) ) ) ) ) ) ) | Case No: 1:23-cv-15866 |
| Plaintiff, | | Judge: The Honorable Sara L. Ellis |
| v. | | |
| Flexport, Inc., | | |
| Defendant. | | |

## NOTICE OF MOTION

Benjamin J. Naylor (bnaylor@swlaw.com) and Caitlin E. White (cewhite@swlaw.com), Snell & Wilmer, One East Washington Street | Suite 2700 | Phoenix, AZ 85004-2556

Richard Miller (richard.miller@millerlawfirm.org), the Miller Law Firm, 1051 Perimeter Drive, Suite 400, Schaumburg, IL 60173.

**PLEASE TAKE NOTICE** that on July 19, 2024, I caused to be filed Plaintiff's Motion to Substitute Counsel, a copy of which is served upon you.

**PLEASE TAKE FURTHER NOTICE** that on July 23, 2024 at 9:45 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Sara L. Ellis, or any judge sitting in her stead in Courtroom 1404 of the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present the above-referenced motion.

DATED: July 19, 2024

Respectfully Submitted,

HR Law Counsel LLC

By: */s/ Ethan G. Zelizer*

HR Law Counsel
29 Main Street
Suite 350-C
Naperville, IL 60540
ethan@hrlawcounsel.com
Former Attorney for Plaintiff